## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Julie Dynes<br>Court Reporter:   Tammy Hoffschildt | Date:  May 15, 2015 |

| | |
|---|---|
| **CASE NO.   15-cv-00965-RM** | *Counsel* |
| MANUEL OLMOS, | *Michael K.T. Tan via telephone*<br>*Stephen Kang via telephone* |
| Petitioner, | |
| v. | |
| JEH JOHNSON,<br>SARAH SALDANA,<br>THOMAS HOMAN,<br>JOHN P. LONGSHORE,<br>HOMERO MENDOZA,<br>JOHNNY CHOATE, and<br>LORETTA E. LYNCH, | *Hans H. Chen via telephone*<br>*Zeyen Wu* |
| Respondents. | |

### COURTROOM MINUTES

**TELEPHONE HEARING ON TEMPORARY RESTRAINING ORDER
AND ORDER TO SHOW CAUSE**

**COURT IN SESSION**:      1:34 p.m.

Court calls case. Appearances of counsel.

Discussion held on case background.

Argument given on [16] Application for Temporary Restraining Order and Order to Show Cause on Preliminary Injunction with questions from the bench.

For reasons stated on the record, it is

**ORDERED:  [16] Application for Temporary Restraining Order is DENIED.**

**ORDERED:**  The plaintiff has 14 days upon receipt of a response to the [18] Order to Show Cause to file a reply.

**COURT IN RECESS**:        **3:24 p.m.**
**Total in court time**:       **01:50**
**Hearing concluded.**